

# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 84th District Court of Hutchinson County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on July 17, 2015, the cause upon appeal to revise or reverse your judgment between

**Johnta Martee McNeal v. The State of Texas**

**Case Number:  07-14-00355-CR Trial Court Number:  10700**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated July 17, 2015, it is ordered, adjudged and decreed that appellant's conviction for tampering with physical evidence is reversed, and a judgment of acquittal is rendered. The trial court's judgment is modified to reflect appellant's acquittal of the charge of tampering with physical evidence. As modified, the judgment of the trial court is affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on December 4, 2015.

*Vivian Long*
VIVIAN LONG, CLERK

